IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ASTER TELESOLUTIONS, INC., )
)
        Plaintiff, )
)
v. )   No. 06 C 2144
)
PREMIER TECHNICAL SOLUTIONS )
INCORPORATED, )
)
        Defendant. )

## MEMORANDUM ORDER

Aster Telesolutions, Inc. ("Aster") has filed an unbidden Reply to the Affirmative Defense included in the Answer of Premier Technical Solutions Incorporation to Aster's Complaint. Absent a court request for such filing (which has not been made), any such pleading is unauthorized--see the last sentence of Fed. R. Civ. P. 7(a). Accordingly Aster's Reply is stricken from the court file.

                                      _____
                                      Milton I. Shadur
                                      Senior United States District Judge

Date: June 16, 2006